# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARK REESE, #191861, and <br> TOMMIE BLACKMON, #194483, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCESS SECUREPAK, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION 20-547-CG-MU <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff Tommie Blackmon's claims be and are hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order. It is further **ORDERED** that Plaintiff Mark Reese's motion to sever (Doc. 6, PageID.28) be and is hereby **DENIED** as **MOOT**, and that Plaintiff Mark Reese's claims be and are hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction. It is further **ORDERED** that this action be and is hereby **DISMISSED without prejudice** in its entirety.

**DONE** and **ORDERED** this the 28th day of September, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE