IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK REESE, #191861, and<br>TOMMIE BLACKMON, #194483,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ACCESS SECUREPAK, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) 　CIVIL ACTION 20-547-CG-MU<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Tommie Blackmon's claims be and are hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.  It is further **ORDERED** that Plaintiff Mark Reese's claims be and are hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.  It is further **ORDERED** that this action be and is hereby **DISMISSED without prejudice** in its entirety.

　　**DONE** and **ORDERED** this the 28th day of September, 2021.

　　　　　　　　　　　　　　　　/s/ Callie V. S. Granade
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE